THE STATE OF WASHINGTON, *Respondent*, v. MARC R. MATSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3049, Harry A. Follman, J., entered April 18,

1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Andersen, J.